UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| STEVEN GOLDSMITH, *on behalf of himself and all other similarly situated*, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) Case No. 4:19-cv-1772-MTS |
| LEE ENTERPRISES, INC., *et al.*, | ) ) ) |
| Defendants. | ) |

## JUDGMENT

In accordance with the Memorandum and Order, Doc. [128], entered this day and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of Defendants.

**IT IS FURTHER ORDERED** that this case is **DISMISSED**, with prejudice.

Dated this 3rd day of December, 2021.

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE

1