# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

| | |
|---|---|
| STEVEN GOLDSMITH, *on behalf of himself and all other similarly situated*, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | ) Case No. 4:19-cv-1772-MTS |
| LEE ENTERPRISES, INC., *et al.*, | )<br>)<br>) |
| Defendants. | ) |

## **MEMORANDUM AND ORDER**

Before the Court is Defendant St. Louis Post-Dispatch LLC's Motion for Bill of Costs. Doc. [130]. Defendant seeks costs in the amount of $8,875.37. *Id.* Plaintiff objects to certain costs included in Defendant's bill of costs. Doc. [135]. For several reasons, Plaintiff requests that the Court reduce Defendant's bill of costs to $6,334.29. *Id.* The Court has considered the parties briefing on this matter and the applicable law.

**IT IS HEREBY ORDERED** that Defendant St. Louis Post-Dispatch LLC's Motion for Costs, Doc. [130], is **GRANTED** in part. The Clerk of Court is directed to tax costs against Plaintiff in the amount of $6,334.29.

Dated this 9th day of January 2023.

MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE